# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER BLEUL & DEBORAH BLEUL, as legal guardians of JAKOB BLEUL; PATSY HICKS, as legal guardian for MIQUEL HICKS; and OSCAR MORALES CARRILLO, as legal guardian of OSCAR MORALES,<br><br>    Plaintiffs,<br>  vs.<br><br>MICHAEL WILLDEN, former Director of the Nevada Department of Health and Human Services; ROMAINE GILLILAND, Director of the Nevada Department of Health and Human Services; THE STATE OF NEVADA ex rel. DESERT REGIONAL CENTER, a division of the NEVADA DEPARTMENT OF HEALTH & HUMAN SERVICES; MATTHEW STOLL; KYLE TOOMER; HARRY DANIELS; DOES 1 through 10, inclusive; and ROE ENTITIES 11 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-01639-GMN-PAL<br><br>**ORDER** |

On October 21, 2015, the Court entered an Order granting Plaintiffs leave to file a second amended complaint by November 18, 2015. (*See* ECF Nos. 29–30).  In the Order, the Court warned Plaintiffs that "[f]ailure to file a second amended complaint by this date shall result in the Court dismissing Hicks and Morales' § 1983 claims against Toomer with prejudice." (Order 9:20–21, ECF No. 29).  To this date, Plaintiffs have not filed a second amended complaint.

Accordingly,

I. **CONCLUSION**

**IT IS HEREBY ORDERED** that Plaintiffs Miquel Hicks and Oscar Morales' § 1983 claims against Defendant Kyle Toomer are dismissed with prejudice.

**DATED** this \_\_\_15\_\_\_ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge