UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER BLEUL, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>MICHAEL WILDEN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:14-cv-01639-GMN-PAL<br><br>**ORDER**<br><br>(Mot. to Compel – Dkt. #28) |

On December 15, 2015, the Court held a hearing on Defendants' Motion to Compel (Dkt. #28). *See* Mins. of Proceedings (Dkt. #34). Present was counsel for Defendants, Susanne Sliwa, Esq. Counsel for Plaintiffs did not appear. Plaintiffs did not file a response to the Motion and the deadline for doing so has now passed. The Court has considered the Motion and the arguments of Defendants' counsel at the hearing. For good cause appearing, the Court grants Defendants' Motion.

Accordingly,

**IT IS ORDERED:**

1. Defendants' Motion to Compel (Dkt. #28) is GRANTED.
2. Plaintiff Oscar Morales Carrillo shall fully and completely respond, without objections, to the discovery in dispute in the motion to compel within by **January 15, 2016**.
3. Failure to timely comply with this order may result in the imposition of sanctions, up to and including a recommendation of case dispositive sanctions to the District Judge.

Dated this 21st day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1