ADAM PAUL LAXALT
Attorney General
SUSANNE M. SLIWA
Senior Deputy Attorney General
Nevada Bar No. 4753
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
P: (702) 486-3375
F: (702) 486-3871
Email: ssliwa@ag.nv.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER BLEUL & DEBORAH BLEUL, as legal guardians of JAKOB BLEUL; PATSY HICKS, as legal guardian for MIQUEL HICKS And OSCAR MORALES CARILLO, as legal guardian of OSCAR MORALES,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICHAEL WILLDEN, former Director of the Nevada Department of Health and Human Services ROMAINE GILLILAND, Director of the Nevada Department of Health & Human Services; THE STATE OF NEVADA ex rel. DESERT REGIONAL CENTER, a division of the NEVADA DEPARTMENT OF HEALTH & HUMAN SERVICES; MATTHEW STOLL; KYLE TOOMER; HARRY DANIELS;DOES 1 through 10; inclusive; and ROE ENTITIES 11 through 20, licensed by the State of Nevada; inclusive,<br>　　　　　　　Defendants. | Case No.: 2:14-cv-01639-GMN-PAL<br><br><br><br><u>**STIPULATION OF DISMISSAL**</u> |

COMES NOW, Plaintiffs PETER BLEUL & DEBORAH BLEUL, as legal guardians of JAKOB BLEUL, PATSY HICKS, as legal guardian for MIQUEL HICKS and OSCAR MORALES CARILLO, as legal guardian of OSCAR MORALES, by and through their counsel, SEAN D. LYTTLE of Law

Office of Sean D. Lyttle, and Defendants DESERT REGIONAL CENTER, MATTHEW STOLL and KYLE TOOMER, (hereinafter "the State Defendants") by and through their counsel, ADAM PAUL LAXALT, Attorney General, through SUSANNE M. SLIWA, Senior Deputy Attorney General, and hereby stipulate to the dismissal of all of Plaintiffs' claims in the instant action against the State Defendants with prejudice.

ADAM PAUL LAXALT
Attorney General

By: _____  Dated: January 7, 2016
Susanne M. Sliwa, Esq.
Senior Deputy Attorney General
555 E. Washington, #3900
Las Vegas, NV 89101
(702) 486-3375
Attorneys for State Defendants

SEAN D. LYTTLE, ESQ.
The Law Office of Sean D. Lyttle, PC

By: _____  Dated: Jan. 5, 2016
Sean D. Lyttle, Esq.
The Law Office of Sean D. Lyttle, PC
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Attorney for Plaintiffs

## ORDER

Based upon the stipulation of the parties and good cause being shown:

IT IS HEREBY ORDERED THE PLAINTIFFS' CLAIMS AGAINST THE STATE DEFENDANTS ARE HEREBY DISMISSED WITH PREJUDICE.

DATED this 8 day of January, 2016.

_____
GLORIA M. NAVARRO, Chief Judge
United States District Judge